# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax

> Application denied. The parties are directed to file a joint letter regarding the status of settlement by June 24, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 20.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 14, 2021

*Via ECF*

June 10, 2021

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**Re:**  Carlos A. Cruz v. D'Ambrosio Ecclesiastical Art Studios Inc., et al.
      Index No. 20 Civ. 06397 (PMH)

Dear Judge Halpern:

We represent Defendants in this matter and write jointly with Plaintiff's counsel to respectfully request that the Court suspend all pending deadlines in this case.  The parties have agreed in principle to settle this matter and are currently in the process of negotiating settlement terms and drafting a <u>Cheeks</u> approval letter.

Thank you for your consideration in this matter.

Respectfully,

*/s/ Brian A. Bodansky*

Brian A. Bodansky
(914) 872-6882 Direct
brian.bodansky@jacksonlewis.com
Jackson Lewis P.C.

cc:    Jonathan M. Kozak, via ECF
        Robert Salaman, via ECF